FILED

03/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0495

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0495

STATE OF MONTANA

   Plaintiff and Appellee

v.

Timothy McNew

   Defendant and Appellant

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an extension of time to and including May 27, 2020, within which to prepare, file, and serve Appellant's Opening Brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 26 2020